May 29, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DRAKE INTERIORS, L.L.C., Appellant

NO. 14-13-00349-CV                          V.

ANDREA MARIE THOMAS AND ROBERT WARREN THOMAS, Appellees

_____

       This court today issued a substitute opinion. We order this court's former judgment of April 3, 2014, vacated, set aside, and annulled. We further order this court's opinion of April 3, 2014, withdrawn. We deny the motions for rehearing filed by appellant, Drake Interiors, L.L.C., and by appellee, Andrea Marie Thomas.

       This cause, an appeal from the judgment in favor of appellee, Andrea Marie Thomas, signed March 20, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

       We further order that all costs incurred by reason of this appeal be paid by appellee, Andrea Marie Thomas.

       We further order this decision certified below for observance.